# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROYAL M. HOPPER, JR.,
                    Plaintiff,
vs.
UNITED STATES OF AMERICA, et al.,
                    Defendants.

Case No. 2:12-cv-00503-JCM-PAL

**ORDER**

(IFP App - Dkt. #1)

This matter is before the court on Plaintiff Royal M. Hopper's Application to Proceed In Forma Pauperis (Dkt. #1) filed March 26, 2012. Plaintiff is proceeding in this action pro se, has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis, and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed In Forma Pauperis. Plaintiff has not responded fully to question 2–namely, he indicates that he receives Social Security Retirement Benefits, but he has not stated the amount he receives and what he expects to receive in the future. As a result, the court cannot determine whether Plaintiff qualifies to proceed in forma pauperis, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application for individuals who are not incarcerated. Plaintiff shall have until **May 7, 2012,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

1  2.     The Clerk of Court shall retain Plaintiff's Complaint.

2  Dated this 4th day of April, 2012.

```
                                        _____
                                        PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE
```